No. 89–7221.   JAMESON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7227.   GARLAND *v.* DAVIS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–7228.   DEBARDELEBEN *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 89–7231.   VIZCARRA-PORRAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7234.   FISHER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–7236.   WHIGHAM *v.* NEW YORK ET AL.   C. A. 2d Cir. Certiorari denied.

No. 89–1309.   THIER *v.* UNITED STATES.   C. A. 5th Cir.   Motion of petitioner to strike portions of the brief in opposition filed by the United States denied.   Certiorari denied.

No. 89–6486.   DAVIS *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 89–6916.   BALDREE *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 89–6926.   BOGGS *v.* BAIR, WARDEN, ET AL.   C. A. 4th Cir.;
No. 89–7037.   THOMPSON *v.* FLORIDA.   Sup. Ct. Fla.;
No. 89–7059.   BECK *v.* ZANT, WARDEN.   Sup. Ct. Ga.;
No. 89–7085.   PARKUS *v.* MISSOURI.   Sup. Ct. Mo.; and
No. 89–7214.   PRUETT *v.* THOMPSON, WARDEN.   Sup. Ct. Va. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.